UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DWAYNE PARKER-EL,

                    Plaintiff,                    CIVIL JUDGMENT

    -against-                              13 Civ. 7017 (LAP)

DETECTIVE WILBERT MORALES;
DETECTIVE MORALES-BELL; ROBERT T.
JOHNSON, DISTRICT ATTORNEY BRONX
COUNTY; DANIELLE PASCALE, ASSISTANT
DISTRICT ATTORNEY BRONX COUNTY;
SEANAN RILEY, ASSISTANT DISTRICT
ATTORNEY BRONX COUNTY; ALEXANDRA
MILITANO, ASSISTANT DISTRICT
ATTORNEY BRONX COUNTY,

                    Defendants.
------------------------------------------------------------X

Pursuant to the order issued November 18, 2013, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

                                                                LORETTA A. PRESKA
                                                         Chief United States District Judge

Dated:  November 18, 2013
          New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.